Christopher M. Schierloh (CS-6644)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
KRONOZ INTERNACIONAL, INC.,

        Plaintiff,

   -against-

PROVEHOTEL AMERICAS, S.A de C.V.,

        Defendant.
-----------------------------------------------------X

07 CV

**F.R.C.P. RULE 7.1
DISCLOSURE STATEMENT**

    NOW comes plaintiff KRONOZ INTERNACIONAL, INC. and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

KRONOZ INTERNACIONAL, INC. is not a publicly traded company.

Dated: New York, New York
       August 14, 2007
       283-06

                CASEY & BARNETT, LLC
                Attorneys for Plaintiff

        By: _/s/ Christopher M. Schierloh_
                Christopher M. Schierloh (CS-6644)
                317 Madison Avenue, 21st Floor
                New York, New York 10017
                212-286-0225