UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

KRONOZ INTERNACIONAL, INC,

    Plaintiff,    Case No. 07 CV 7231 (~~KMW~~) PAC

- against -

        **AFFIDAVIT OF SERVICE**

PROVEHOTEL AMERICAS, S.A. de C.V.,

    Defendants.
- - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK } ss.:
COUNTY OF NEW YORK }

  IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 10:35 a.m. on August 16, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Kronoz Internacional, Inc., upon a Mr. Shawn Sprecker, who is a Senior Paralegal for ABN-AMRO Bank, at the following address:

  ABN-AMRO Bank
  55 East 52nd Street
  New York, NY 10055

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Mr. Sprecker, who said he was authorize to accept Service on behalf of ABN-AMRO Bank., regarding Kronoz Internacional, Inc.. Mr. Sprecker is a white male, he has brown eyes and brown hair. He is approximately 5 feet 10 inches tall and approximately weighs 160 pounds. Mr. Sprecker is approximately 28 years of age.

         _____
         IDRIS MAHMOUD
         LIC# 1151131

Sworn to before me this
16th day of August, 2007

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20__