UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
KRONOZ INTERNACIONAL, INC,

            Plaintiff,

- against -

PROVEHOTEL AMERICAS, S.A. de C.V.,

           Defendants.
- - - - - - - - - - - - - - - - - - - - - x

Case No. 07 CV 7231 (~~KMW~~) PAC

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   }
                             }  ss.:
COUNTY OF NEW YORK }

       IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 10:45 a.m. on August 16, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Kronoz Internacional, Inc., upon a Ms. Martha Fletcher, who is a Paralegal for Zeichner, Ellman & Krause LLP, at the following address:

      Zeicher, Ellman & Krause LLP
      c/o Bank of America and American Express Bank
      575 Lexington Avenue-10th FL
      New York, NY 10022

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms.Fletcher, who said she was authorize to accept Service on behalf of Bank of America and American Express Bank., regarding Kronoz Internacional, Inc.. Ms. Fletcher is a white female, she has brown eyes and black hair. She is approximately 5 feet 6 inches tall and approximately weighs 140 pounds. Ms. Fletcher is approximately 30 years of age.

                                                _____
                                                IDRIS MAHMOUD
                                                LIC# 1151131

Sworn to before me this
16th day of August, 2007

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20__