UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - x
KRONOZ INTERNACIONAL, INC,

            Plaintiff,

    - against -

PROVEHOTEL AMERICAS, S.A. de C.V.,

            Defendants.
- - - - - - - - - - - - - - - - - - - - - - x

Case No. 07 CV 7231 (PAC) (JH)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  }  ss.:
COUNTY OF NEW YORK }

    IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 10:00 a.m. on August 16, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Kronoz Internacional, Inc., upon a Mr. Nicholas Melendez, who is a Manager for Wachovia, at the following address:

    Wachovia
    360 Madison Avenue
    New York, NY 10017

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Mr. Melendez, who said he was authorize to accept Service on behalf of Wachovia., regarding Kronoz Internacional, Inc.. Mr. Melendez is a Spanish male, he has brown eyes and brown hair. He is approximately 5 feet 11 inches tall and approximately weighs 200 pounds. Mr. Melendez is approximately 30 years of age.

                                                      IDRIS MAHMOUD
                                                      LIC# 1151131

Sworn to before me this
16th day of August, 2007

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20__