UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

KRONOZ INTERNACIONAL, INC,

        Plaintiff,      Case No. 07 CV 7231 (KMW)

- against -

**AFFIDAVIT OF SERVICE**

PROVEHOTEL AMERICAS, S.A. de C.V.,

        Defendants.
- - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  } ss.:
COUNTY OF NEW YORK }

    IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 10:10 a.m. on August 16, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Kronoz Internacional, Inc., upon a Mr. Richard Pimentel, who is a Relationship Manager for HSBC , at the following address:

    HSBC
    415 Madison Avenue
    New York, NY 10017

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Mr. Pimentel, who said he was authorize to accept Service on behalf of HSBC., regarding Kronoz Internacional, Inc.. Mr. Pimentel is a Spanish male, he has brown eyes and black hair. He is approximately 5 feet 10 inches tall and approximately weighs 170 pounds. Mr. Pimentel is approximately 28 years of age.

                                _____
                                IDRIS MAHMOUD
                                LIC# 1151131

Sworn to before me this
16th day of August, 2007

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20 __