UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
KRONOZ INTERNACIONAL, INC,

                Plaintiff,        Case No. 07 CV 7231 (PAC)

      - against -

                           **AFFIDAVIT OF SERVICE**

PROVEHOTEL AMERICAS, S.A. de C.V.,

                Defendants.
- - - - - - - - - - - - - - - - - - x
STATE OF NEW YORK  } ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 4:40 p.m. on August 16, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Kronoz Internacional, Inc., upon a Ms. Doreen Bertone, who is a Legal Specialist for JP Morgan Chase Bank, at the following address:

      JP Morgan Chase Bank
      One Chase Manhattan-20th Fl
      New York, NY 10005

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Bertone, who said she was authorize to accept Service on behalf of JP Morgan Chase Bank., regarding Kronoz Internacional, Inc.. Ms. Bertone is a white female, she has brown eyes and brown hair. She is approximately 5 feet 7 inches tall and approximately weighs 200 pounds. Ms. Bertone is approximately 43 years of age.

                                          IDRIS MAHMOUD
                                          LIC# 1151131

Sworn to before me this
17th day of August, 2007

NOTARY PUBLIC

        CHRISTOPHER M. SCHIERLOH
        Notary Public, State of New York
              No. 02SC6152972
         Qualified in Nassau County
      Commission Expires Sept. 25, 20_/_