UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
KRONOZ INTERNACIONAL, INC,

            Plaintiff,         Case No. 07 CV 7231 (PAC)

      - against -

                          **AFFIDAVIT OF SERVICE**

PROVEHOTEL AMERICAS, S.A. de C.V.,

           Defendants.
- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK    }
                        ss.:
COUNTY OF NEW YORK  }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 4:35 p.m. on August 16, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Kronoz Internacional, Inc., upon a Mr. Charles Ro, who is a Legal Assistant for Deutsche Bank , at the following address:

      Deutsche Bank
      60 Wall Street
      New York, NY 10006

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Mr. Ro, who said he was authorize to accept Service on behalf of Deutsche Bank., regarding Kronoz Internacional, Inc.. Mr. Ro is a Chinese male, he has brown eyes with glasses and black hair. He is approximately 5 feet 11 inches tall and approximately weighs 200 pounds. Mr. Ro is approximately 35 years of age.

                                              _____
                                              IDRIS MAHMOUD
                                              LIC# 1151131

Sworn to before me this
17th day of August, 2007

_____
NOTARY PUBLIC

                      CHRISTOPHER M. SCHIERLOH
                      Notary Public, State of New York
                            No. 02SC6152972
                        Qualified in Nassau County
                   Commission Expires Sept. 25, 20__