UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

KRONOZ INTERNACIONAL, INC,

                Plaintiff,        Case No. 07 CV 7231 (PAC)

       - against -

                                  **AFFIDAVIT OF SERVICE**

PROVEHOTEL AMERICAS, S.A. de C.V.,

                Defendants.
- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  }
                           ss.:
COUNTY OF NEW YORK }

       IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 4:20 p.m. on August 16, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Kronoz Internacional, Inc., upon a Mr. Jay Song, who is a Assistant Treasurer for The Bank of New York , at the following address:

        The Bank of New York
        One Wall Street
        New York, NY 10286

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Mr. Song, who said he was authorize to accept Service on behalf of The Bank of New York., regarding Kronoz Internacional, Inc.. Mr. Song is a Chinese male, he has brown eyes with glasses and black hair. He is approximately 5 feet 5 inches tall and approximately weighs 160 pounds. Mr. Song is approximately 27 years of age.

                                          _____
                                          IDRIS MAHMOUD
                                          LIC# 1151131

Sworn to before me this
17th day of August, 2007

_____
NOTARY PUBLIC

                                  CHRISTOPHER M. SCHIERLOH
                                  Notary Public, State of New York
                                      No. 02SC6152972
                                  Qualified in Nassau County
                                Commission Expires Sept. 25, 20__