UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
KRONOZ INTERNACIONAL, INC,

            Plaintiff,      Case No. 07 CV 7231 (PAC)

   - against -

                              **AFFIDAVIT OF SERVICE**

PROVEHOTEL AMERICAS, S.A. de C.V.,

           Defendants.
- - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK   }
                            ss.:
COUNTY OF NEW YORK }

       IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 10:55 a.m. on August 22, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Kronoz Internacional, Inc., upon a Mr. George A. Stronghilos, who is Vice President of Legal Service Intake Unit for Citibank, N.A., at the following address:

        Citibank, N.A.
        One Court Square
        Long Island City, NY 11120

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Mr. Stronghilos, who said he was authorize to accept Service on behalf of Citibank, N.A., regarding Kronoz Internacional, Inc.. Mr. Stronghilos is a white male, he has brown eyes with glasses and whitish brown hair with a white beard. He is approximately 5 feet 6 inches tall and approximately weighs 200 pounds. Mr. Stronghilos is approximately 50 years of age.

                                            _____
                                            IDRIS MAHMOUD
                                            LIC# 1151131

Sworn to before me this
22th day of August, 2007

_____
NOTARY PUBLIC

JACQUELYN E. FORD
Notary Public, State of New York
No. 01FO4851616
Qualified in Orange County
Commission Expires February 3, 20__