UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
KRONOZ INTERNACIONAL, INC,

               Plaintiff,        Case No. 07 CV 7231 (PAC)

      - against -

                                **AFFIDAVIT OF SERVICE**

PROVEHOTEL AMERICAS, S.A. de C.V.,

               Defendants.
------------------------------- x

STATE OF NEW YORK  }
                          ss.:
COUNTY OF NEW YORK  }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 10:50 a.m. on August 20, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Kronoz Internacional, Inc., upon a Ms. Jennifer Lo, who is a Legal Intern for Standard Chartered Bank, at the following address:

      Standard Chartered Bank
      One Madison Avenue
      New York, NY

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Lo, who said she was authorize to accept Service on behalf of Standard Chartered Bank., regarding Kronoz Internacional, Inc.. Ms. Lo is a Chinese female, she has brown eyes and brown hair. She is approximately 5 feet 5 inches tall and approximately weighs 140 pounds. Ms. Lo is approximately 25 years of age.

                                                    _____
                                                  IDRIS MAHMOUD
                                                  LIC# 1151131

Sworn to before me this
20th day of August, 2007

_____
NOTARY PUBLIC

DAVID M KEARNEY
Notary Public - State of New York
NO. 02KE6121530
Qualified in New York County
My Commission Expires 1-18-2009